IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| RYAN GRIER, CAROL GRILLS, and RACHEL DRAWBOND, ) ) ) ) | |
| Plaintiffs, ) ) | Cause No. 21SL-CC01770 |
| vs. ) ) | Division No. |
| FEDEX FREIGHT, INC. , and CLINTON F. BRITTON, JR., ) ) ) ) ) | **FILED**<br>05/14/21<br>JOAN M. GILMER<br>CIRCUIT CLERK<br>ST. LOUIS COUNTY, MO |
| Defendants ) | |

## ORDER APPROVING PLAINTIFFS' APPLICATION FOR APPROVAL OF SETTLEMENT OF WRONGFUL DEATH CLAIM AGAINST DEFENDANT CLINTON F. BRITTON, JR.

**WHEREAS,** Plaintiffs have settled their cause of action against Defendant Clinton F. Britton, Jr., arising from the wrongful death of their father, gary M. Grier.

**IT IS HERBEY ORDERED** that the settlement with Defendant Clinton F. Britton, Jr. only, will be distributed as follows:

    a.    Directing Plaintiffs to collect and acknowledge receipt of the payment of the settlement referenced above;

    b.    Directing Plaintiffs to deduct and pay the expenses of recovery and legal fees to the Finney Law Office, LLC as set forth in Exhibit A;

    c      Apportioning remaining amount to each Class 1 member in equal shares as set out in Exhibit A attached hereto;

SO ORDERED: _____
                       Judge of the Circuit Court

*[Signed: Judge, Division 14]*

Dated: May 14, 2021